# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIVERWOOD PARTNERS, LLC, a Nevada Limited-Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MAX BAER PRODUCTIONS, LTD., a California corporation,<br><br>Defendant. | Case No. 3:10-cv-668-RCJ-VPC<br><br>**ORDER** |

Currently before the Court is a letter addressed to the Honorable Robert C. Jones on February 15, 2011 from an individual named T. Michael Hohl, president of Maddog Development, Inc. In the letter, Mr. Hohl requests an extension of time of 60-90 days to file a reply to Plaintiff's Motion to Dismiss (#9) which was filed on January 21, 2011, on the grounds that Plaintiff needs to retain counsel. Notable, this request was not filed in the case docket and was technically an *ex parte* communication with the Court.

IT IS ORDERED that the Clerk of the Court is directed to file said "Letters" and it shall be treated as a Motion for Extension of Time.

IT IS FURTHER ORDERED that Plaintiff shall have to and including April 29, 2011, to file a reply in support of its motion to dismiss.

IT IS FURTHER ORDERED that all future papers sent to the Court for this case must include the case number. Any correspondence with the Court shall be mailed to the Clerk's Office and not directly to the assigned judges.

///

///

Dated: This 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE