Case 3:10-cv-00668-RCJ -VPC Document 28 Filed 12/09/11 Page 1 of 3
Case 3:10-cv-00668-RCJ -VPC Document 24 Filed 12/07/11 Page 1 of 3
From:9999    To:13104702800    11/22/2011 13:32    #478 P.004/004

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

           DEC - 9 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1 Sean L. Brohawn, Esq.
  Nevada Bar No. 7618
2 SEAN L. BROHAWN, PLLC
  305 W. Moana Lane, Second Floor
3 Reno, Nevada 89509
  Telephone: (775) 827-5500
4
5 Plaintiff/Counter-Defendant,
  Max Baer Productions, LTD
6

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEVADA

* * *

RIVERWOOD PARTNERS, LLC, a Nevada
Limited- Liability Company;

          Plaintiff,

vs.

MAX BAER PRODUCTIONS, LTD, a
California corporation;

          Defendants.

Case No: 3:10-cv-00668-RCJ-VPC

### SUBSTITUTION OF ATTORNEYS

    Plaintiff MAX BAER PRODUCTIONS, LTD, a California corporation, hereby substitute SEAN L. BROHAWN, ESQ., SEAN L. BROHAWN, PLLC, 305 West Moana Lane, Second Floor, Reno, Nevada 89509, telephone: (775)827-5500, facsimile (775) 827-6663, as their counsel of record in the above-captioned action in the place of WAIT LAW FIRM 305 West Moana Lane, Second Floor, Reno, Nevada 89509.

    Affirmation: Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

    DATED this 12nd day of November, 2011.

                        MAX BAER PRODUCTIONS, LTD, a
                        California corporation

                        By: _____
                        Its: VICE PRES. SEC, TREAS.

-1-

1  I accept the above substitution.

2  Dated this 7th day of ~~November~~ December 2011.

3

4  SEAN L. BROHAWN, PLLC

5  BY *[signature]*
6  Sean L. Brohawn, Esq.

7  I consent to the above substitution.

8

9  Dated this 23 day of November, 2011.

10  WAIT LAW FIRM

11
12  BY *[signature]*
   Eugene J. Wait, Jr.
13

14

15

16  IT IS SO ORDERED
17  *[signature]*
   U.S. MAGISTRATE JUDGE
18  DATED: December 8, 2011

-2-

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of WAIT LAW FIRM, and that on _December 7_, 2011 I electronically filed the attached document with the Clerk of the Court by using the ECR system which will send a notice of electronic filing to the following:

Riverwood Partners, LLC
c/o Jay Timon
Managing Member
3650 Chestnut Street
Mailbox 372
Philadelphia, PA 19104

_Katie Shulff_

-3-