From:9999                    To:13104702800              11/22/2011 13:32    #478 P.004/004

```
_____
| ✓ ___ FILED         ___ RECEIVED      |
|   ___ ENTERED       ___ SERVED ON     |
|              COUNSEL/PARTIES OF RECORD|
|     _____          |
|    |                        |         |
|    |    DEC - 9 2011        |         |
|    |_____|         |
|        CLERK US DISTRICT COURT        |
|          DISTRICT OF NEVADA           |
| BY: _____ DEPUTY|
|_____|
```

1  Sean L. Brohawn, Esq.
   Nevada Bar No. 7618
2  SEAN L. BROHAWN, PLLC
   305 W. Moana Lane, Second Floor
3  Reno, Nevada 89509
   Telephone: (775) 827-5500
4
5  Plaintiff/Counter-Defendant,
   Max Baer Productions, LTD
6
7              UNITED STATES DISTRICT COURT
8              DISTRICT COURT OF NEVADA
9                        * * *
10  RIVERWOOD PARTNERS, LLC, a Nevada
    Limited- Liability Company;
11                                          Case No: 3:10-cv-00668-RCJ-VPC
                    Plaintiff,
12
    vs.
13                                          SUBSTITUTION OF ATTORNEYS
    MAX BAER PRODUCTIONS, LTD, a
14  California corporation;
15                  Defendants.
16
17        Plaintiff MAX BAER PRODUCTIONS, LTD, a California corporation,
18  hereby substitute SEAN L. BROHAWN, ESQ., SEAN L. BROHAWN, PLLC, 305 West Moana
19  Lane, Second Floor, Reno, Nevada 89509, telephone: (775)827-5500, facsimile (775) 827-6663,
20  as their counsel of record in the above-captioned action in the place of WAIT LAW FIRM 305
21  West Moana Lane, Second Floor, Reno, Nevada 89509.
22        Affirmation: Pursuant to NRS 239B.030, the undersigned does hereby affirm that
23  the preceding document does not contain the social security number of any person.
         DATED this 22ⁿᵈ day of November, 2011.
24
25                              MAX BAER PRODUCTIONS, LTD, a
26                              California corporation
27                              By: _____
28                              Its: _____VICE PRES. SEC, TREAS.___

                                -1-
```

I accept the above substitution.

Dated this _7_ 7th day of ~~November~~ December 2011.

SEAN L. BROHAWN, PLLC

BY _____
Sean L. Brohawn, Esq.

I consent to the above substitution.

Dated this _23_ day of November, 2011.

WAIT LAW FIRM

BY _____
Eugene J. Wait, Jr.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: _December 8, 2011_

-2-

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of WAIT LAW FIRM, and that on *December 7*, 2011 I electronically filed the attached document with the Clerk of the Court by using the ECR system which will send a notice of electronic filing to the following:

Riverwood Partners, LLC
c/o Jay Timon
Managing Member
3650 Chestnut Street
Mailbox 372
Philadelphia, PA 19104

*Katie Shulff*